AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Affordable Aerial Photography, Inc.** <br> *Plaintiff(s)* <br> v. <br> **Luxury Properties International LLC and Valentina J. Aved** <br> *Defendant(s)* | Civil Action No. 9:25-cv-80779-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Luxury Properties International LLC
c/o Registered Agent: Valentina Aved
3589 South Ocean Blvd
#136
Palm Beach, Florida 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Boulevard, Suite 1500
Miami, FL 33156
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 23, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

__Affordable Aerial Photography, Inc.__
*Plaintiff(s)*

v.

Civil Action No. 9:25-cv-80779-WPD

__Luxury Properties International LLC and Valentina J. Aved__
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Valentina J. Aved
3589 South Ocean Boulevard
#136
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Boulevard, Suite 1500
Miami, FL 33156
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 23, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ K. Rivers
Deputy Clerk
U.S. District Courts